```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
_____

E.A., and Linda Applbaum,

     vs.                                  Civil No. 1:02-CV-467

Golden Acres Farm and Ranch, et al.
_____

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by counsel via telephone that this action is settled. Therefore, it is not necessary that this action remain upon the calendar of the Court.

**IT IS ORDERED** that the above entitled action is hereby dismissed with prejudice on the merits in accordance with the terms of settlement.  The Court retains complete jurisdiction to vacate this Order and to reopen the action should it be deemed that further litigation is necessary.

**IT IS FURTHER ORDERED** that the Clerk shall forthwith serve copies of this Judgment by electronic mail upon the attorneys for the parties appearing in this action.

Dated this 20th, day of July, 2005 at Utica, New York.

_____
United States District Judge